UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00204 |
| | ) | JUDGE SHARP |
| KEVIN A. JENNINGS | ) | |

**O R D E R**

Pending before the Court is the Motion of Kevin A. Jennings to Continue the Plea Hearing (Docket No. 16) to which the Government does not oppose.

The motion is GRANTED and the plea hearing scheduled for May 29, 2013, is hereby rescheduled for Thursday, June 20, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE