UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00204 |
| | ) | JUDGE SHARP |
| KEVIN A. JENNINGS | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Plea Hearing (Docket No. 18) to which the Government is not opposed.

The motion is GRANTED and the plea hearing scheduled for June 20, 2013, is hereby rescheduled for Monday, July 15, 2013, at 11:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE